UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:08-CR-181 |
| | ) | (VARLAN/SHIRLEY) |
| JOEL K. TYLER, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C.

§ 636(b) for disposition or report and recommendation regarding disposition by the District Court

as may be appropriate. This matter is before the Court on the defendant's Motion for Leave to File

Motion to Suppress. [Doc. 23] The defendant moves the Court for leave to file a motion to suppress

[Doc. 22] after the defendant's motion deadline of March 6, 2009. As grounds, defense counsel

states that technical problems delayed the electronic filing of the motion, resulting in the motion

being filed on March 7, 2009, at 12:39 a.m., thirty-nine minutes after the March 6 motion deadline.

For good cause shown, the defendant's motion **[Doc. 23]** is hereby **GRANTED**. The Court will

consider the defendant's motion to suppress as if timely filed.

    **IT IS SO ORDERED.**

                                        ENTER:


                                            s/ C. Clifford Shirley, Jr.
                                        United States Magistrate Judge